UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES -- GENERAL

Case No.   **CV 22-2393-JFW(KSx)**                                           Date:  May 3, 2022

Title:   Pebblekick, Inc. -v- Trygve Jensen, et al.

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER DISMISSING ACTION WITHOUT PREJUDICE**

As a result of the parties' failure to file the Joint Rule 26(f) Report as required by the Court's Order of April 12, 2022, this action is hereby **DISMISSED without prejudice**.  The Scheduling Conference, currently on calendar for May 16, 2022, is **VACATED**.  See Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

IT IS SO ORDERED.

Initials of Deputy Clerk   sr